

**U. S. SMALL BUSINESS ADMINISTRATION**
RECEIVER FOR ZERO STAGE CAPITAL VI, L.P.
409 THIRD STREET, S.W., 6TH FLOOR
WASHINGTON, D.C. 20416

WRITER'S DIRECT TELEPHONE: (202) 205-7514

FAX NUMBER: (202) 205-6957

mc 05-97

May 13, 2005

Mr. Peter T. Dalleo, Clerk of the Court
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building Lockbox 18
844 North King Street
Wilmington, DE 19801-3570

VIA UPS 2ND DAY DELIVERY



Re:   United States of America v. Zero Stage Capital VI, L.P.
      Civil Case No. 05 10887 JLT; Judge Joseph L. Tauro

Dear Mr. Peter T. Dalleo:

This is to advise you that, in accordance with 15 U.S.C. § 687c, the U.S. District Court for the District of Massachusetts, has taken exclusive jurisdiction of Zero Stage Capital VI, L.P., ("Zero Stage"), and the assets thereof, and has appointed the U.S. Small Business Administration ("SBA"), an agency of the federal government, as the Receiver.

A portion of the property of Zero Stage may be located in your jurisdiction. We therefore are enclosing for filing copies of the Complaint and Order establishing the Receivership, as required by 28 U.S.C. § 754. Please open as a miscellaneous case filing.

The United States District Court, in an order appointing SBA Receiver for Zero Stage, stayed all legal proceedings involving Zero Stage and prohibited the filing of any actions against the Receiver unless permission of the Court is first obtained.

The Receiver is in the process of ascertaining what and where legal proceedings pertaining to Zero Stage are pending. Should the Receiver learn of relevant legal proceedings within the jurisdiction of your Court, the Receiver will promptly notify you thereof.

We also have enclosed extra copies of the Order and Complaint, which we request that you stamp filed and return in the enclosed self-addressed stamped envelope.

Sincerely,

By: *Michele Long Pittman*
Michele L. Pittman
Chief, Corporate Liquidation and Receivership Operations
Office of Liquidation